David G. Harshbarger
Saguaro Correctional Center
1252 E. Arica Road
Eloy, Arizona 85131

FILED ___ LODGED
___ RECEIVED ___ COPY

SEP 2 5 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

DAVID G. HARSHBARGER
(Full Namre of Plaintiff)
                        Plaintiff,

v.

CORECIVIC
(Full name of Defendant)

Brian K. Ferrell

Shawn WEAD

_____

                        Defendant(s)

__ Check if there are additional Defendants and attach page 1-A listing them

Case No. | **CV23-02011-PHX-GMS--ESW**

(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT**
BY A PRISONER

**XX** Original Complaint
____ First Amended Complaint
____ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
**XX** 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
____ 28 U.S.C. § 1331; *Bivens v. Six unknown Federal narcotics Agents,* 403 U.S. 388 (1971).
____ Other: _____.

2. Institution/City where violation occurred: Saguaro Correctional Center, 1252, E. Arica Rd., Eloy, Az.

**550/555**

## B. DEFENDANTS

1. Name of first Defendant: **CORECIVIC.**  The first Defendant is employed as: _____

_____ Owner and Opereter _____ at _ Saguaro Correctional Center _____ .

             (Position and Title)                       (Institution)

2. Name of second Defendant: **Brian K. Ferrell.** The second Defendant is employed

as: ___ Vice President, Proposal Development _ at _____ Saguaro Correctional Center _____ .

             (Position and Title)                       (Institution)

3. Name of third Defendant: **Shawn WEAD** ____ . The third Defendant is employed

as: _____ Warden _____ at _ Saguaro Correctional Center _____ .

             (Position and Title)                       (Institution)

4. Name of fourth Defendant: _____ . The fourth Defendant is employed

as: _____ at _____ .

             (Position and Title)                       (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PEVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner? ___ Yes **XX** No

2. If yes, how many lawsuits have you filed? ___ . Describe the previous lawsuits:

    a. First prior lawsuit:

        1. Parties: _____ v. _____

        2. Court and case number: _____ .

        3. Result: (was the case dismissed? Was it appealed? Is it still pending?)_____

_____ .

    b. Second prior lawsuit:

        1. Parties: _____ v. _____

        2. Court and case number: _____ .

        3. Result: (was the case dismissed? Was it appealed? Is it still pending?)

_____ .

    c. Third prior lawsuit:

        1. Parties: _____ v. _____

        2. Court and case number: _____ .

        3. Result: (was the case dismissed? Was it appealed? Is it still pending?)

_____ .

**If you filed more then three lawsuits, answer the question listed above for each additional lawsuit on a separate page.**

# D. CAUSE OF ACTION

## COUNT I

1. State the constitutional or other federal civil right that was violated: _____

_____**First and Fourteenth Amendment**_____

2. **Count I:** Identify the issue involved. Check **only one**. State additional issues in separated counts.

___ Basic necessities          ___ Mail          ___Access to the court___ Medical care

___ Disciplinary proceedings          ___ Property     **XX Exercise of religion**___ Retaliation

___ Excessive force by an officer ___ Threat to safety ___ Other: _____

3. **Supporting Facts:** State as briefly as possible the FACTS suporting Count I. Describe exactly what Eeach Defendant did or did not do that violated your rights. State th facts clearly in your own words without citng legal authority or arguments

On 17th day of August, 2020, Plaintiff was transferred to Saguaro Corredctional Center as an OUT of STATE inmate. The Plaintiff, a Native American, has filed several Idaho Department of Corredction Offender Concern Forms, dated 1-13-23, 1-29-23 and 2-27-23, requesting access to the Native American SWEAT LODGE.  The Plaintiff also filed an Idaho Department of Correction Grievance/Appeal Form, requesting access to the Native American SWEAT LODGE. The deliberate indifference exercised by Defendant **CORECIVIC,** knowingly and willingly, has not allowed Plaintiff the right to access the Native American SWEAT LODGE, thus deliberately violating the Plaintiff's liberty interest in exercising his religious belief, thereby deliberately violating Plaintiffs First and Fourteenth Amendment to the U.S. Constition.

4. **Injury:** State how you were injured by there actions or inactions of the Defendant(s).

Plaintiff has been unable to practice the most essential gift given to him by the Creator as a Native American. The spiritual experience of cleansing his spirit is what transform Plaintiff's awareness of his Earth Walk.  The act of Plaintiff giving of himself in a Sweat Lodge Ceremony is how the Creator expresses his intent. This act corresponds with the purpose of each individual ceremony. Plaintiff has been denied the experience of what the silence inside a Sweat Lodge, and power of the Grandfather gives to him. Therein exist the center of all things. Plaintiff has been walking in temperamental obscurity for over three years now.  Praying for blessings in smudging ceremonies and for understanding in our chapel circle.  The Sweat Lodge Ceremony is what helps Plaintiff experience the whole.  Plaintiff knows that the purification ceremony of the Sweat Lodge is a necessary and central element of his religious practice.

5. **Administrative Remedies:**
    a. Are there any administrative remedies (grievance procedures or administrative appeals)
       available at your institution?                          **XX** YES   __NO
    b. Did you submit a request for administrative relief on Count I?    **XX** YES   __NO
    c. Did you submit a request for relief on Count I to the highest level? **XX** YES   __NO
    d. If you did not submit or appeal a request for administrative relief at any level, briefly explain
why you did not. _____

## COUNT II

1. State the constitutional or other federal civil right that was violated: _____
_____**First and Fourteenth Amendment**_____.

2. **Count I:** Identify the issue involved. Check **only one**. State additional issues in separated
   counts.

   ___ Basic necessities        ___ Mail      ___ Access to the court___ Medical care

   ___ Disciplinary proceedings    ___ Property    **XX Exercise of religion**___ Retaliation

   ___ Excessive force by an officer ___ Threat to safety ___ Other: _____

3. **Supporting Facts:** State as briefly as possible the FACTS suporting Count I. Describe
exactly what Eeach Defendant did or did not do that violated your rights. State th facts clearly in
your own words without citng legal authority or arguments.
The Plaintiff an Native American has sent several Idaho Department of Corredction Offender
Concern Form 1-13-23, 1-29-23 and 2-27-23 requesting access to the Native American SWEAT
LODGE, located here at Saguaro Correctional Center. The Plaintiff also filed an Idaho Department
of Correction Grievance/Appeal Form, requesting access to the Native American SWEAT LODGE.
The deliberate indifference exercised by Defendant **Brian K. Ferrell** knowingly and willingly not
allowed Plaintiff the right to access the Native American SWEAT LODGE, thus deliberately
violating the Plaintiff liberty interest in exercising Plaintiffs' religious belief, deliberately violating
Plaintiffs First and Fourteenth amendment to the U.S. Constitution.

4. **Injury:** State how you were injured by ther actions or inactions of the Defendant(s).
Plaintiff has been unable to practice the most essential gift given to him by the Creator as a Native
American. The spiritual experience of cleansing his spirit is what transform Plaintiff's awareness of
his Earth Walk.  The act of Plaintiff giving of himself in a Sweat Lodge Ceremony is how the
Creator expresses his intent. This act corresponds with the purpose of each individual ceremony.
Plaintiff has been denied the experience of what the silence inside a Sweat Lodge, and power of the
Grandfather gives to him.  Therein exist the center of all things. Plaintiff has been walking in  temp-

eramental obscurity  for over three years now.  Praying for blessings in smudging ceremonies and for understanding in our chapel circle.  The Sweat Lodge Ceremony is what helps Plaintiff experience the whole.  Plaintiff knows that the purification ceremony of the Sweat Lodge is a necessary and central element of his religious practice.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                    **XX** YES ___ NO
   b. Did you submit a request for administrative relief on Count I?      **XX** YES ___ NO
   c. Did you submit a request for relief on Count I to the highest level? **XX** YES ___ NO
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain

why you did not. _____

## COUNT III

1. State the constitutional or other federal civil right that was violated: _____

_____.

2. **Count I:** Identify the issue involved. Check **only one**. State additional issues in separated counts.

   ___ Basic necessities          ___ Mail        ___ Access to the court ___ Medical care
   ___ Disciplinary proceedings   ___ Property    **XX** Exercise of religion ___ Retaliation
   ___ Excessive force by an officer ___ Threat to safety ___ Other: _____

3. **Supporting Facts:** State as briefly as possible the FACTS suporting Count I. Describe exactly what Eeach Defendant did or did not do that violated your rights. State th facts clearly in your own words without citng legal authority or arguments.
The Plaintiff an Native American has sent several Idaho Department of Corredction Offender Concern Form 1-13-23, 1-29-23 and 2-27-23 requesting access to the Native American SWEAT LODGE, located here at Saguaro Correctional Center. The Plaintiff also filed an Idaho Department of Correction Grievance/Appeal Form, requesting access to the Native American SWEAT LODGE. The deliberate.indifference exercised by Defendant **Shawn WEAD** knowingly and willingly has not allowed Plaintiff the right to access the Native American SWEAT LODGE, thus deliberately violating the Plaintiff liberty interest in exercising Plaintiffs' religious belief, deliberately violating Plaintiffs First and Fourteenth amendment to the U.S. Constitution.

4. **Injury:** State how you were injured by ther actions or inactions of the Defendant(s).
Plaintiff has been unable to practice the most essential gift given to him by the Creator as a Native

American. The spiritual experience of cleansing his spirit is what transform Plaintiff's awareness of his Earth Walk.  The act of Plaintiff giving of himself in a Sweat Lodge Ceremony is how the Creator expresses his intent. This act corresponds with the purpose of each individual ceremony. Plaintiff has been denied the experience of what the silence inside a Sweat Lodge, and power of the Grandfather gives to him.  Therein exist the center of all things. Plaintiff has been walking in temperamental obscurity for over three years now.  Praying for blessings in smudging ceremonies and for understanding in our chapel circle.  The Sweat Lodge Ceremony is what helps Plaintiff experience the whole.  Plaintiff knows that the purification ceremony of the Sweat Lodge is a necessary and central element of his religious practice.

### 5. Administrative Remedies:

a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ___YES ___NO

b. Did you submit a request for administrative relief on Count I?    ___YES ___NO

c. Did you submit a request for relief on Count I to the highest level? ___YES ___NO

d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

_____

## E) REQUEST FOR RELIEF

State the relief you are seeking:

**COMPENSATORY DAMAGE** in the amount of $1,000.00 for each day that Plaintiff was denied access to the Native American Sweat Lodge;

**NOMINAL DAMAGE** in the amount of $50,000.00 from each Defendant for violating the Plaintiff constitutional rights;

**PUNITIVE DAMAGE** in the amount of $2,000,000.00 from each Defendant for knowingly violating the Plaintiff constitutional rights;

**INJUNCTIVE RELIEF** to stop CORECIVIC and Saguaro Correctional Center from precluding Native American inmates access to the SWEAT LODGE located here at Saguaro Correctional Center;

Plaintiff request a **JURY TRIAL** on all the above alleged conctitutional violations by Defendants.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __Aug 25, 2023__
DATE

_____
Signature of Plaintiff