# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David G Harshbarger, | **NO. CV-23-02011-PHX-GMS (ESW)** |
| Plaintiff, | |
| v. | **JUDGMENT IN A CIVIL CASE** |
| CoreCivic, et al., | |
| Defendants. | |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed April 26, 2024, Plaintiff to take nothing, and the complaint and action are dismissed for failure to state a claim.  This dismissal may count as a "strike" under 28 U.S.C. § 1915(g).

Debra D. Lucas
District Court Executive/Clerk of Court

April 26, 2024

By  s/ K. James
Deputy Clerk